# Third District Court of Appeal
## State of Florida

Opinion filed September 15, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1651
Lower Tribunal No. 19-16913
_____

## Aswan Village Associates, LLC, etc.,
Appellant,

vs.

## Opa-Locka Community Development Corporation, Inc.,
Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, William Thomas, Judge.

Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A., Eugene E. Stearns, Mark D. Solov, and Jose G. Sepulveda, for appellant.

Joel S. Perwin, P.A., and Joel S. Perwin; BC Davenport, LLC and David A. Davenport (Minneapolis, MN), for appellee.

Kozlowski Law Firm, P.A., and Steven Robert Kozlowski; Marcos Segura (San Francisco, CA), for amici curiae.

Before FERNANDEZ, C.J., and LOGUE, and BOKOR, JJ.

PER CURIAM.

Affirmed.